**QUILL & ARROW, LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobson@quillarrowlaw.com
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024

Attorneys for Plaintiffs,
**MARIA FRAGA AND PAUL FRAGA**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA FRAGA, an individual, and PAUL FRAGA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01756-MCE-AC<br><br>(Removed from Sacramento County Superior Court, Case No. 34-2020-00281882)<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

**Dated: May 19, 2021**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE